# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD., <br><br>     Plaintiffs, <br>   v. <br><br> INSTAGRAM, LLC as successor in interest to Instagram a/k/a Burnbn, Inc.; META PLATFORMS, INC. f/k/a The Facebook Inc. d/b/a The Face book Inc.; FEDERAL INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; STARR INDEMNITY AND LIABILITY COMPANY; and ZURICH AMERICAN INSURANCE COMPANY, <br><br>     Defendants. | Case No.: 24-cv-01422-MN |
| FEDERAL INSURANCE COMPANY, <br><br>     Defendant and Counterclaim/Cross-claim/Third-Party Plaintiff, <br><br>   v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY; and ACE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br>     Third-Party Plaintiffs, <br><br>   v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY; SENTINEL INSURANCE COMPANY, LTD.; INSTAGRAM, LLC as successor in interest to Instagram a/k/a Burbn, Inc.; META PLATFORMS, INC. F/K/A The Facebook Inc. d/b/a The Face Book, Inc.; OLD REPUBLIC INSURANCE COMPANY; | |

| |
|---|
| STARR INDEMNITY AND LIABILITY COMPANY; ZURICH AMERICAN INSURANCE COMPANY; ALLIANZ GLOBAL CORPORATE & SPECIALITY SE; ARCH INSURANCE COMPANY; ARGO GROUP US; ASPEN AMERICAN INSURANCE COMPANY; CANOPIUS US INSURANCE INC.; ENDURANCE AMERICAN SPECIALTY; FIREMANS FUN INDEMNITY CORPORATION; GEMINI INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPNAY; GREAT AMERICAN SPIRIT INSURANCE COMPANY; INTERSTATE FIRE & CASUALTY COMPANY; IRONSHORE UK; LIBERTY MUTUAL INSURANCE EUROPE LTD.; THE LONDON MARKET INSURERS; NATIONAL FIRE AND MARINE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; RSUI INDEMNITY COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; STARTSTONE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; XL INSURANCE AMERICA, INC.,<br><br>                Third-Party Defendants. |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Marc Casarino, Esquire of Kennedys CMK LLP as counsel of record on behalf of Endurance American Specialty insurance Company

Dated: February 5, 2025                                **KENNEDYS CMK LLP**

*/s/ Marc Casarino*
Marc Casarino (#3613)
Karine Sarkisian (#6202)
222 Delaware Avenue, Suite 710
Wilmington, DE 19801
302-308-6649
Karine.Sarkisian@kennedyslaw.com
*Attorneys for Endurance American Specialty Insurance Company*