# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARTFORD CASUALTY INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD.,** | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : Case No. 1:24-cv-1422-MN |
| v. | : <br> : |
| **INSTAGRAM, LLC,** as successor in interest to Instagram a/k/a Burbn, Inc., **META PLATFORMS, INC.** f/k/a The Facebook Inc. d/b/a The Face Book Inc.; **FEDERAL INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; STARR INDEMNITY AND LIABILITY COMPANY;** and **ZURICH AMERICAN INSURANCE COMPANY,** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |
| **FEDERAL INSURANCE COMPANY,** | : <br> : |
| Defendant and Counterclaim/Cross-claim/Third-Party Plaintiff, | : <br> : <br> : <br> : <br> : |
| and | : <br> : |
| **WESTCHESTER SURPLUS LINES INSURANCE COMPANY; WESTCHESTER FIRE INSURANCE COMPANY;** and **ACE PROPERTY AND CASUALTY INSURANCE COMPANY,** | : <br> : <br> : <br> : <br> : |
| Third-Party Plaintiffs, | : |

|                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |   |
|---|---|
| **v.** | : |
|  | : |
| **HARTFORD CASUALTY INSURANCE COMPANY; SENTINEL INSURANCE COMPANY, LTD.; INSTAGRAM, LLC,** as successor in interest to Instagram a/k/a Burbn, Inc.; **META PLATFORMS, INC.** f/k/a The Facebook Inc. d/b/a The Face Book Inc.; **OLD REPUBLIC INSURANCE COMPANY; STARR INDEMNITY AND LIABILITY COMPANY;** and **ZURICH AMERICAN INSURANCE COMPANY; ALLIANZ GLOBAL CORPORATE & SPECIALTY SE; ARCH INSURANCE COMPANY; ARGO GROUP US; ASPEN AMERICAN INSURANCE COMPANY; CANOPIUS US INSURANCE, INC.; ENDURANCE AMERICAN SPECIALTY; FIREMANS FUND INDEMNITY CORPORATION; GEMINI INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; GREAT AMERICAN SPIRIT INSURANCE COMPANY; INTERSTATE FIRE & CASUALTY COMPANY; IRONSHORE UK; LIBERTY MUTUAL INSURANCE EUROPE LTD.; THE LONDON MARKET INSURERS; NATIONAL FIRE & MARINE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; RSUI INDEMNITY COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; STARSTONE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; XL INSURANCE AMERICA, INC.,** | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
|  | : |
| **Defendants.** | : |

## **ENTRY OF APPEARANCE**

Kindly enter our appearance on behalf of Defendant, National Union Fire Insurance Company of Pittsburgh, Pa., in the above-captioned matter.

                                                Respectfully,

BY:   */s/ Robert J. Cahall*
       Robert J. Cahall, Esquire (DE ID 5597)
       **McCormick & Priore, P.C.**
       200 Continental Drive, Suite 401
       Newark, Delaware 19713
       Telephone: 302-266-2094
       rcahall@mccormickpriore.com
       *Attorneys for Defendant,*
       *National Union Fire Insurance*
       *Company of Pittsburgh, Pa.*

Dated: _____