**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INSTAGRAM, LLC as successor in interest to Instagram a/k/a Burbn, Inc.; META PLATFORMS, INC. f/k/a The Facebook Inc. d/b/a The Face Book Inc.; FEDERAL INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; STARR INDEMNITY AND LIABILITY COMPANY; and ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　　　　　Defendants. | C.A. No.: 24-1422-MN |
| FEDERAL INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant and Counterclaim/Cross-claim/Third-Party Plaintiff,<br><br>　　v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY; and ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; SENTINEL INSURANCE COMPANY, LTD.; INSTAGRAM, LLC, as successor in interest to Instagram a/k/a Burbn, Inc.; META PLATFORMS, INC. f/k/a The Facebook Inc. d/b/a The Face Book, Inc.; OLD REPUBLIC INSURANCE COMPANY; STARR INDEMNITY AND LIABILITY COMPANY; ZURICH AMERICAN INSURANCE COMPANY | |

| |
|---|
| COMPANY; ALLIANZ GLOBAL CORPORATE & SPECIALITY SE; ARCH INSURANCE COMPANY; ARGO GROUP US; ASPEN AMERICAN INSURANCE COMPANY; CANOPIUS US INSURANCE INC.; ENDURANCE AMERICAN SPECIALTY; FIREMANS FUN INDEMNITY CORPORATION; GEMINI INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPNAY; GREAT AMERICAN SPIRIT INSURANCE COMPANY; INTERSTATE FIRE & CASUALTY COMPANY; IRONSHORE UK; LIBERTY MUTUAL INSURANCE EUROPE LTD.; THE LONDON MARKET INSURERS; NATIONAL FIRE AND MARINE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; RSUI INDEMNITY COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; STARTSTONE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; XL INSURANCE AMERICA, INC., <br><br>                                     Third-Party Defendants. |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD-PARTY COMPLAINT

It is hereby stipulated and agreed by and between Defendant and Counterclaim/Cross-claim/Third-Party Plaintiff Federal Insurance Company and Third-Party Plaintiffs Westchester Surplus Lines Insurance Company, Westchester Fire Insurance Company and ACE Property and Casualty Insurance Company (collectively, "Chubb") and Third-Party Defendant National Fire and Marine Insurance Company ("NFM"), through their respective undersigned counsel, that the time within which NFM may answer, move, or otherwise respond to the Third-Party Complaint filed against it by Chubb in the above-captioned action is hereby extended to fourteen (14) days after an order is entered regarding the pending Motion to Remand (D.I. 24).

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ Stamatios Stamoulis | /s/ John C. Phillips, Jr. |
| Stamatios Stamoulis (#4606) | John C. Phillips, Jr. (#110) |
| 800 N. West Street, Third Floor | David A. Bilson (#4986) |
| Wilmington, DE 19801 | 1200 N. Broom Street |
| (302) 999-1540 | Wilmington, DE 19806 |
| | (302) 655-4200 |
| *Attorneys for Federal Insurance Company, Westchester Surplus Lines Insurance Company, Westchester Fire Insurance Company, and ACE Property and Casualty Insurance Company* | *Attorneys for Defendant National Fire and Marine Insurance Company* |

IT IS SO ORDERED this _____ day of _____, 2025.

_____
The Hon. Maryellen Noreika