IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LTD.,<br><br>Plaintiffs<br><br>v.<br><br>INSTAGRAM, LLC as successor in interest to Instagram a/k/a Burbn, Inc.; META PLATFORMS, INC. f/k/a TheFacebook Inc. d/b/a The Face Book, Inc.; FEDERAL INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; STARR INDEMNITY AND LIABILITY COMPANY; and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants.<br><br>FEDERAL INSURANCE COMPANY<br><br>Defendant and Counterclaim/Crossclaim/Third-Party Plaintiff,<br><br>*and*,<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY; and ACE PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>Third-Party Plaintiffs,<br><br>*v.*<br><br>HARTFORD CASUALTY INSURANCE COMPANY; SENTINEL INSURANCE COMPANY, LTD.; INSTAGRAM, LLC as successor in interest to Instagram a/k/a Burbn, Inc.; META PLATFORMS, INC. f/k/a TheFacebook Inc. d/b/a The Face Book, Inc.; OLD REPUBLIC INSURANCE COMPANY; STARR INDEMNITY AND LIABILITY COMPANY; ZURICH AMERICAN INSURANCE COMPANY; ALLIANZ GLOBAL CORPORATE & SPECIALTY SE; | C.A. No.: 1:24-cv-01422-MN<br><br>**Removed from:**<br>Superior Court of the State of Delaware |

| |
|---|
| ARCH INSURANCE COMPANY; ARGO GROUP US; ASPEN AMERICAN INSURANCE COMPANY; CANOPIUS US INSURANCE, INC.; ENDURANCE AMERICAN SPECIALTY; FIREMANS FUND INDEMNITY CORPORATION; GEMINI INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; GREAT AMERICAN SPIRIT INSURANCE COMPANY; INTERSTATE FIRE & CASUALTY COMPANY; IRONSHORE UK; LIBERTY MUTUAL INSURANCE EUROPE LTD.; THE LONDON MARKET INSURERS; NATIONAL FIRE & MARINE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; RSUI INDEMNITY COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; STARSTONE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; XL INSURANCE AMERICA. INC., |
| Defendants. |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Hartford Casualty Insurance Company and Sentinel Insurance Company, Ltd. (together, "Hartford"), Instagram, LLC and Meta Platforms, Inc. (together, "Meta"), and Federal Insurance Company, Westchester Surplus Lines Insurance Company, Westchester Fire Insurance Company and ACE Property and Casualty Insurance Company (together, "Chubb") by and through their respective undersigned counsel that the deadline for Meta to answer, plead, or otherwise respond to Hartford's Amended Complaint and Chubb's Answer, Counterclaim, Cross-Claims and Third-Party Complaint shall be extended to March 12, 2025 unless otherwise ordered or granted leave by the Court.

[Signatures on next page.]

2

Dated: March 4, 2025

| | |
|---|---|
| **BAYARD, P.A.** | **BERGER MCDERMOTT LLP** |
| */s/ Emily L. Skaug* | */s/ Peter C. McGivney* |
| Thad J. Bracegirdle (No. 3691) | David J. Baldwin (No. 1010) |
| Sarah T. Andrade (No. 6157) | Peter C. McGivney (No. 5779) |
| Emily L. Skaug (No. 6921) | 1105 N. Market Street, 11th Floor |
| 600 N. King St., Suite 400 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | (302) 655-1140 |
| (302) 655-5000 | dbaldwin@bergermcdermott.com |
| tbracegirdle@bayardlaw.com | pmcgivney@bergermcdermott.com |
| sandrade@bayardlaw.com | |
| eskaug@bayardlaw.com | |
| | |
| *Counsel for Hartford Casualty Insurance Company and Sentinel Insurance Company, Ltd.* | *Counsel for Defendants Instagram, LLC and Meta Platforms, Inc.* |

**STAMOULIS & WEINBLATT LLC**

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Counsel for Federal Insurance Company, Westchester Surplus Lines Insurance Company, Westchester Fire Insurance Company, and ACE Property and Casualty Insurance Company*

IT IS SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Maryellen Noreika